**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:  
Kyle W Ronning  
Debtor(s)

Case No: 13–41410

Chapter 7 Case

## ORDER AND NOTICE OF REAFFIRMATION HEARING

A Reaffirmation Agreement filed in this case shall be scheduled for hearing. At the hearing the court shall inform the debtor of the legal effect and consequences of the agreement and of a default under that agreement. If the consideration for the agreement is, in whole or in part, a consumer debt not secured by the debtor's real property, the court will consider whether the agreement imposes an undue hardship on the debtor(s) and if the agreement is in the debtor's best interests.

IT IS ORDERED:

1. A hearing will be held at U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415 on 5/22/13 at 09:00 AM.

2. In connection with this hearing, the attorney for the debtor(s) shall:

    **a.** consult with the debtor(s) as to rebuttal of the presumption of undue hardship;
    **b.** confirm that Part D of the Reaffirmation Agreement is properly completed;
    **c.** if Part D has not been properly completed, supplement the record with a declaration of the debtor(s);
    **d.** supplement the record to explain in detail any differences between Part D of the Reaffirmation Agreement and Schedules I and J;
    **e.** file any supplement to the record at least four business days prior to the date of the above hearing; and
    **f.** appear at the hearing unless the Reaffirmation Agreement is for a debt secured only by the real property of the debtor(s).

3. The clerk shall provide notice of this Order and Notice to the debtor(s), the debtor's attorney and the non–debtor party to the Reaffirmation Agreement.

Dated: 5/15/13

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on May 15, 2013
Lori Vosejpka, Clerk, United States Bankruptcy Court, By: heidi, Deputy Clerk